## PRICE *vs.* HUGHES.

Where, pending an application by the wife of a debtor for a homestead and exemption of personalty, part of the personalty included in the schedule was levied on under a distress warrant sued out by the landlord of the applicant's husband, and before sale the exemption was granted, the property was not subject to sale.
September 12, 1882.

SPEER, Justice.

[Hughes was the tenant of Price, living upon the rented premises. Mrs. Hughes, the wife of the former, made application for a homestead and exemption of personalty, pending the setting apart of which, the landlord levied a distress warrant upon a certain wagon which was included in the schedule of personalty. The homestead and ex-

emption was granted in due form, and the question whether the wagon was subject to levy and sale under the distress warrant, was submitted to the judge without a jury, the landlord relying upon the cases in 41 *Ga.*, 622; 44 *Id.*, 600, and 48 *Id.*, 338. The court held that the property was not subject to the landlord's distress warrant, being disconnected from the rented premises. Plaintiff excepted.]